## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

Paul D. McFarland                                                    Case # 11-57054
Kathryn F. McFarland                                            Judge Preston
　　　　　Debtors                                                     Chapter 13

### NOTICE OF CHANGE OF ADDRESS

Now come Paul & Kathryn McFarland, by and through counsel, and hereby notify the Court of their new address. The Debtors mailing address is as follows:

Paul & Kathryn McFarland
5341 Clovervale Circle
Highlands Ranch, CO 80130

/s/ John F. Cannizzaro
John F. Cannizzaro # 0005096
Attorney for Debtors
302 S. Main Street
Marysville, OH 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Frank M. Pees, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Paul & Kathryn McFarland, 5341 Clovervale Circle, Highlands Ranch, CO 80130 on this 7th day of March 2016.

/s/ John F. Cannizzaro
John F. Cannizzaro