## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

Paul D. McFarland                        Case # 11-57054

Kathryn F. McFarland                  Judge Preston

          Debtors                            Chapter 13

### NOTICE OF CHANGE OF ADDRESS

Now come Paul & Kathryn McFarland, by and through counsel, and hereby notify the Court of their new address. The Debtors mailing address is as follows:

Paul & Kathryn McFarland
10655 Wynspire Road
Highlands Ranch, CO 80130

/s/ John F. Cannizzaro
John F. Cannizzaro # 0005096
Attorney for Debtors
302 S. Main Street
Marysville, OH 43040
937-644-9125 (telephone no.)
937-644-0754 (fax no.)
bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Frank M. Pees, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Paul & Kathryn McFarland, 10655 Wynspire Road, Highlands Ranch, CO 80130 on this 25th day of August 2016.

/s/ John F. Cannizzaro
John F. Cannizzaro